IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CORNELL HESTER, | § | |
| | § | |
| Defendant Below, | § | No. 65, 2021 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1002002758 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 23, 2021
Decided: April 13, 2021

## **ORDER**

On March 2, 2021, the appellant, Cornell Hester filed a notice of appeal from a Superior Court order, docketed on January 21, 2021, denying his motion for public emergency health credits under New Jersey Senate Bill 2519. A timely notice of appeal should have been filed on or before February 22, 2021.[1] On March 5, 2021, the Senior Court Clerk issued a notice directing Hester to show cause why the appeal should not be dismissed as untimely. On March 15, 2021, the Court received the certified mail receipt indicating that the notice to show cause had been delivered on March 12, 2021. A timely response to the notice to show cause was due by March

---

[1] Supr. Ct. R. 6(a)(iv) (providing that postconviction appeals must be filed within thirty days after entry of the judgment or order upon the docket); Supr. Ct. R. 11(a) (providing that the last day of the computed time period does not include Saturday or Sunday).

22, 2021. To date, Hester has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

2